## ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Exelis Advanced Engineering Services ) ASBCA No. 59790
)
Under Contract Nos. SP0700-98-D-4000 )
N00173-03-C-2037 )
W9113M-05-C-0219 )
W911SR-05-C-0015 )
N00030-07-C-0035 )

APPEARANCES FOR THE APPELLANT: Kelly P. Garehime, Esq.
Steven M. Masiello, Esq.
  McKenna Long & Aldridge LLP
  Denver, CO

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Charles W. Goeke, Esq.
  Senior Trial Attorney
  Defense Contract Management Agency
  Philadelphia, PA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 1 July 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59790, Appeal of Exelis Advanced Engineering Services, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
